# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140817-24 & (72)

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
      Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
      Defendants-Appellees,
and

JAMES RUSHTON and PITTSFIELD CHARTER
TOWNSHIP,
      Defendants.
_____/

SC: 140817
COA: 291579
Washtenaw CC: 09-001208-AS

CVS PHARMACY, INC.,
      Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
      Defendants-Appellees,
and

GLENN LEMMON and CITY OF NOVI,
      Defendants.
_____/

SC: 140818
COA: 291586
Oakland CC: 2008-096365-AS

NES RENTAL HOLDINGS, INC.,
      Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
      Defendants-Appellees,

SC: 140819
COA: 291729
Wayne CC: 08-017048-AS

and

LINDA BADE and CITY OF DETROIT,
      Defendants.
_____/

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
      Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
      Defendants-Appellees,
and

LINDA BADE and CITY OF DETROIT,
      Defendants.
_____/

SC: 140820
COA: 291730
Wayne CC: 08-017053-AS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
      Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
      Defendants-Appellees,
and

SHERRON SCHULTZ and CITY OF LIVONIA,
      Defendants.
_____/

SC: 140821
COA: 291731
Wayne CC: 08-017061-AS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
      Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
      Defendants-Appellees,
and

SC: 140822
COA: 291732
Wayne CC: 08-017065-AS

SHERRON SCHULTZ and CITY OF LIVONIA,
      Defendants.
_____/

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
      Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
      Defendants-Appellees,
and

TOM YACK and CANTON TOWNSHIP,
      Defendants.
_____/

SC: 140823
COA: 291733
Wayne CC: 08-017072-AS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
      Plaintiff-Appellant,

v

LINDA BADE and CITY OF DETROIT,
      Defendants.
_____/

SC: 140824
COA: 291734
Wayne CC: 08-017075-AS

On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue of whether the circuit courts have subject matter jurisdiction over appeals from a decision of the state tax commission regarding property classification.

We further ORDER that this case be argued and submitted to the Court together with the case of *Midland Cogeneration Venture Ltd v Robert Naftaly, et al* (Docket No. 140814), at such future session of the Court as both cases are ready for submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2010


Clerk

0622